## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 09-38087 |
| **BERNHARD GROTH, INC.,** ) | Chapter 11 |
| ) | Judge: A. Benjamin Goldgar |
| Debtor. ) | |

### DEBTOR IN POSSESSION'S FINAL REPORT AND ACCOUNT AND SCHEDULE OF UNPAID OBLIGATIONS INCURRED AFTER FILING OF PETITION UNDER CHAPTER 11

Bernhard Groth, Inc., debtor in possession, for its final accounting pursuant to Bankruptcy Rule 1019(5), respectfully reports and represents:

1. An order for relief under chapter 11 of the Bankruptcy Code was entered in a voluntary proceeding on October 13, 2009.

2. An order converting the case to a case under chapter 7 of the Bankruptcy Code was entered on March 22, 2010, and David Herzog was appointed interim trustee.

3. The Debtor had no receipts and made no disbursement during the chapter 11 case.

4. Schedule A, which is attached hereto as Exhibit 1, is a schedule of unpaid debts incurred after commencement of the chapter 11 case.

5. No assets were acquired or disposed of during the chapter 11 case.

Dated: April 19, 2010                       Respectfully submitted,
                                            Bernhard Groth, Inc.


                                            By /s/ John H. Redfield
                                                John H. Redfield
                                                Attorney for Debtor and Debtor in Possession

John H. Redfield, Esquire
John H. Redfield & Associates, P.C.
102 S. Wynstone Park Drive, Suite 201
North Barrington, IL 60010
847-382-1220; facsimile 847-382-1225
ARDS: 2298090

  I, Bernhard Groth, President of Bernhard Groth, Inc, declares under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information, and belief.


Dated: April 22, 2010      /s/ Bernhard Groth
               Bernhard Groth, President

## SCHEDULE A

1.     John H. Redfield, Esquire      $ 354.00
    John H. Redfield & Associates, P.C.
    102 South Wynstone Park Drive
    Suite 201
    North Barrington, Illinois 60010

2.     Hemmingway House Condo Association      $ 560.00
    c/o David Sugar, Esquire
    120 S. Riverside Plaza
    Chicago, Illinois 60606

3.     Cook County Tax Assessor      $1,100.00
    118 N. Clark Street, Ste 112
    Chicago, IL 60602

    **TOTAL**      $2,014.00

**Exhibit 1**