**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In Re: ) | |
| ) | **Case No. 09-38087** |
| **BERNHARD GROTH, INC.,** ) | **Chapter 11** |
| ) | **Judge: A. Benjamin Goldgar** |
| Debtor. ) | Hearing: April 26, 2010 at 10 am |

### NOTICE OF FILING

To: See attached service list

**PLEASE TAKE NOTICE** that on April 23, 2010 we caused the attached Final Report and Account and Schedule of Unpaid Obligations Incurred after Filing of Petition under Chapter 11, to be filed electronically with the Clerk of the US Bankruptcy Court, 219 S. Court Street, 7th Floor, Chicago, Illinois. A copy of said Notice is attached hereto and hereby served upon you.

    /s/   John H. Redfield

### CERTIFICATE OF SERVICE

I, John H. Redfield, an attorney, certify that I served a copy of the foregoing Notice of Filing and Final Report attached, upon all parties listed above by mailing copies of same to the addresses listed by First Class Mail, postage prepaid, and/or ECF notification on April 23, 2010.

    /s/   John H. Redfield

John Redfield
*John H. Redfield & Associate, P.C.*
102 S. Wynstone Park Drive, Suite 201
North Barrington, IL 60010
847-382-1220; 847-382-1225 facsimile
ARDC: 2298090

Service List

Bernhard Groth, Inc.
Mr. Bernhard Groth
1850 North Clark Street
Chicago, Illinois 60614

U.S. Trustee
Dirksen Federal Court House
219 S. Dearborn Street, Room 873
Chicago, Illinois 60604